UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES H. WOODS, JR.,

    Plaintiff,

                                                                           Case No. 10-13215

-vs-                                                                  Hon:  AVERN COHN

NEIGHBORHOOD LEGAL SERVICES,

    Defendant.

_____/

## ORDER LIMITING NUMBER OF INTERROGATORIES

    Plaintiff has served defendant with 227 interrogatories (questions to be answered). The Local Rules limit the number of interrogatories to 15.

    The Court held a status conference with the parties. The Court will allow 20 interrogatories. Accordingly, plaintiff shall promptly designate which of the 227 interrogatories defendant shall answer.

    SO ORDERED.


Dated:  April 22, 2011                        s/Avern Cohn
                                                   AVERN COHN
                                                   UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to James H. Woods, 16814 Lahser Rd, Apt. # 125, Detroit, MI 48219 and the attorneys of record on this date, April 22, 2011, by electronic and/or ordinary mail.

                                                   s/Julie Owens
                                                   Case Manager, (313) 234-5160