UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES H. WOODS, JR.,

          Plaintiff,

v.

NEIGHBORHOOD LEGAL SERVICES,

          Defendant.
_____/

Case No. 10-13215

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Order entered on August 08, 2012, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: August 8, 2012

By: s/Julie Owens
    Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 8, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160